UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIQUE EVANS,<br><br>    Plaintiff,<br>      vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:25-cv-03989-AB-JC<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

Consistent with the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. No. 15), and the Court's resulting Order reversing the final decision of the Commissioner and remanding the action to the Commissioner of Social Security for further proceedings, the Court hereby **ENTERS FINAL JUDGMENT** in favor of Plaintiff, and against Defendant.

**SO ORDERED.**

DATED: September 2, 2025     _____
                             HON. ANDRÉ BIROTTE JR.
                             UNITED STATES DISTRICT JUDGE