Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Anique Evans

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIQUE EVANS,<br><br>         Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.: 2:25-cv-03989-AB-JC<br><br>ORDER GRANTING AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND SEVEN HUNDRED AND NINETY TWO DOLLARS** ($5,792.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:   November 7, 2025

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　  Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　　  United States Magistrate Judge